UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE ZELINSKI, JANICE LYNN ZELINSKI and BRADLEY A ZELINSKI, individually and as Trustee of the Bradley A. Zelinski Living Trust

    Plaintiffs,

v.                                          Case No: 2:19-cv-804-SPC-MRM

SHURWEST, LLC,

    Defendant.
_____/

## ORDER[1]

Before the Court is Plaintiffs' letter response (Doc. 114) to the Court's Order to show cause (Doc. 113).[2] When the Court did not receive a mediator's report, it ordered the parties to advise on the status of mediation. The current Case Management and Scheduling Order ("CMSO") was entered before Defendant became a party. (Doc. 43). Given Plaintiffs' settlement with all other defendants and the Court's recent ruling on a motion to dismiss, the

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

[2] The parties are reminded the Local Rules prohibit filings styled as letters. Local Rule 3.01(j). In the future, any such filings will be struck.

parties have been discussing the need for a new CMSO. Relatedly, because the parties have not conducted much discovery, they contend mediation would be premature at this time.

Considering the above, the Court directs the parties to file a motion to extend the deadlines along with a Uniform Case Management Report ("CMR"). The Middle District's new CMR is available under the "Forms" tab on the Court's website. Also, the Court will set this case for a status conference.

Accordingly, it is now

**ORDERED:**

(1) The parties are **DIRECTED** to file a motion to extend the deadlines and a Uniform Case Management Report **on or before April 2, 2021**.

(2) The Court will **SET** this case for a status conference under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida on March 24, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record